UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ROBERT M. ROGERS, Ph.D.,
        Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF
AMERICA and UNUM GROUP,
        Defendants

CIVIL ACTION NO.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, the defendants, Unum Life Insurance Company

of America ("Unum Life") and Unum Group, remove this action to the United States District

Court for the District of Massachusetts.  The grounds for removal are as follows:

1.      On July 15, 2022, the plaintiff filed this action in Worcester Superior Court, Civil

Action No. 2285CV00816-A.

2.      The plaintiff has served a Summons and the Complaint on both Unum Life and

Unum Group.  Unum Life and Unum Group accepted service of the Summons and Complaint on

August 1, 2022.  (A copy of the Summonses and Complaint are attached as Exhibits A and B

respectively.).  Accordingly, this Notice of Removal is being filed within the time period

required by 28 U.S.C., § 1446(b).

3.      The plaintiff asserts a claim for benefits pursuant to the Employee Retirement

Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 et seq.  Accordingly, the plaintiff's

claims arise out of an employee welfare benefit plan within the meaning of ERISA.

4.    Because this matter is an action arising under federal law of which this Court has

original federal question jurisdiction, as authorized by 28 U.S.C. §1331, it is subject to removal

under 28 U.S.C. §1441.

5.    In addition, because all of the parties residing in Massachusetts reside in the

Eastern Division, this case is removed to that division.

UNUM LIFE INSURANCE COMPANY
OF AMERICA and UNUM GROUP,

By their attorney,


        /s/ Joseph M. Hamilton
Joseph M. Hamilton
BBO #546394
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502
jhamilton@mirickoconnell.com

Dated: August 30, 2022

CERTIFICATE OF SERVICE

I, Joseph M. Hamilton, hereby certify that I have this day served a copy of the foregoing
document, by mailing a copy, first class mail, postage prepaid, to Jonathan M. Feigenbaum, Esq.,
Law Offices of Jonathan M. Feigenbaum, 184 High Street, Suite 503, Boston, MA 02110.

/s/ Joseph M. Hamilton
Joseph M. Hamilton

Dated: August 30, 2022